ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MATTHEW KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS SALLABERRY,<br><br>                    Plaintiff,<br><br>v.<br><br>BSI FINANCIAL SERVICES, INC., BANK OF AMERICA, N.A., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendants | Case No. 2:15-cv-01945-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME BANK OF AMERICA N.A. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Bank of America, N.A. (**BANA**) fourteen additional days from the date of entry of this order to file a responsive pleading. Plaintiff Louis Sallaberry (**Plaintiff**) filed his amended complaint on December 11, 2015. ECF No. 7. Pursuant to Stipulation of the parties, BANA shall have until January 11, 2016 to file a responsive pleading. This stipulation is in order to address current time constraints on defense counsel, and to provide additional time for the parties to reach settlement.

/ / /

{36219342;1}

This is the parties' first request for an extension.

DATED this 28th day of December, 2015.

| **HANES & KRIEGER, LLC** | **AKERMAN LLP** |
|---|---|
| /S/ *David H. Krieger* <br> DAVID H. KRIEGER, ESQ. <br> HAINES & KRIEGER, LLC <br> Nevada Bar No, 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Las Vegas, NV  89123 <br><br> *Attorneys for Plaintiff* | /s/ *Matthew Knepper* <br> ARIEL STERN, ESQ. <br> Nevada Bar No. 8276 <br> MATTHEW I. KNEPPER <br> Nevada Bar No. 12796 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Defendant Bank of America, N.A.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 29, 2015

{36219342;1}

2