Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Louis Sallaberry*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS SALLABERRY,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, BSI FINANCIAL SERVICES, INC. and BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No.: 2:15-cv-01945-RFB-VCF<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND BANK OF AMERICA, N.A.** |

NOTICE IS HERBY GIVEN that the dispute between Plaintiff Louis Sallaberry ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (jointly as the "Parties") has been resolved on an individual basis.

Plaintiff anticipates filing a dismissal documents as to Plaintiff's claims against BANA, with prejudice, within 60 days. Plaintiff requests that all pending

dates and filing requirements as to BANA be vacated and that the Court set a deadline on or after July 19, 2016 for the Parties to file dismissal documents.

DATED this 20th day of May 2016.

                                                    Respectfully submitted,

                                        **KAZEROUNI LAW GROUP, APC**

                                        By: /s/ Michael Kind
                                              Michael Kind, Esq.
                                              7854 W. Sahara Avenue
                                              Las Vegas, NV 89117
                                              *Attorneys for Plaintiff*

                                        IT IS SO ORDERED:

                                        _____
                                        RICHARD F. BOULWARE, II
                                        United States District Judge

                                      DATED this 29th day of May, 2016.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 20, 2016, the foregoing NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND BANK OF AMERICA, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117