Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS SALLABERRY,<br><br>            Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, BSI FINANCIAL SERVICES, INC. and BANK OF AMERICA, N.A.,<br><br>            Defendants. | Case No.: 2:15-cv-01945-RFB-VCF<br><br>**FIRST JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A.** |

# JOINT STATUS REPORT

The dispute between Plaintiff Louis Sallaberry ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have reached settlement terms, and are waiting for a version of the settlement agreement to be approved by the Parties . The Parties anticipate filing dismissal documents as to BANA within 30 days—on or before August 18, 2016.

DATED this 19th day of July 2016.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Akerman LLP**

By: /s/    Vatana Lay
Vatana Lay, Esq.
Bar No: 12993
Matthew Knepper, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Bank of America N.A.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of July, 2016.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 19, 2016, the foregoing FIRST JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117